IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal Action No. GLR-19-0128-4 |
| DARYL HART, | * | |
| Defendant. | * | |
| | * | |
| | *** | |

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 14th day of July, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that self-represented Defendant Daryl Hart's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 312) is DENIED;

IT IS FURTHER ORDERED that the Clerk shall MAIL a copy of this Order and the foregoing Memorandum Opinion to Hart's address of record and PROVIDE a copy of the same to all counsel of record.

                                    /s/
                         _____
                         George L. Russell, III
                         Chief United States District Judge